No. 617. EDWARD CARDWELL, PETITIONER, *v.* THE UNITED STATES. October 18, 1909. Petition for a writ of certiorari

to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Arthur A. Birney* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.